**No. 61364.**—J. J. Gavin & Co., Inc. v. United States, protest 296997–K (New York).

Opinion by OLIVER, C. J. The protest was dismissed.

**No. 61365.**—M. Pressner & Co. v. United States, protest 312485–K (Los Angeles).

Opinion by OLIVER, C. J. The protest was dismissed.

**No. 61366.**—W. J. Byrnes & Co. of N. Y., Inc., and Yanowitch Fur Corp. et al. v. United States, protests 302794–K (B), etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "L" consist of lambskin plates similar in all material respects to those the subject of *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1802, *supra*.

BEFORE THE SECOND DIVISION, NOVEMBER 25, 1957

**No. 61367.**—Criterion Lamp & Shade Co. v. United States, protest 173829–K (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 61368.**—E. Safani v. United States, protest 294729–K (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.